In the United States District Court
Eastern District of Texas
Tyler Division

| | | |
|---|---|---|
| Dale S. Wheeler | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6-20-cv-00625_____ |
| | § | |
| FPI Management, Inc. and | § | |
| CEG Multifamily | § | |
| | § | |
| | § | |
| Defendants. | § | |

**Plaintiff's Certificate of Interested Parties**

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% of more of its stock.**

FPI Management, Inc. is a foreign corporation doing business in Texas.

CEG Multifamily is a foreign entity doing business in Texas.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporation or other legal entities that are financially interested in the outcome of this case:**

1. Dale S. Wheeler, Plaintiff. Ms. Wheeler is an individual citizen of Texas.

2. Karen K. Fitzgerald, Fitzgerald Law, PLLC, 8150 N. Central Expy, 10th Floor, Dallas, Texas 75206, 214.265.9958, karen@fitzgerald.law, Counsel for Plaintiff.

3. FPI Management, Inc., which is a foreign corporation doing business in Texas.

Plaintiff's Certificate of Interested Parties – Page 1

4. CEG Multifamily is a foreign entity headquartered in San Diego, California and doing business in Texas.

Respectfully submitted,

/s/ Karen K. Fitzgerald
Karen K. Fitzgerald
State Bar No. 11656750
karen@fitzgerald.law
Fitzgerald Law, PLLC
8150 N. Central Expy, 10th Floor
Dallas TX 75206
(214) 265-9958

Counsel for Plaintiff