UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes
   No

   If no, please indicate which application this represents:   Second
   Third
   Other _____

Date of Service of Summons:

Number of days requested:   30 days
   15 days
   Other _____ days

<span style="color:red">New Deadline Date:</span>   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

   Full Name:
   State Bar No.:
   Firm Name:
   Address:


   Phone:
   Fax:
   Email:

A certificate of conference does not need to be filed with this unopposed application.